WILLIAM HARMAN, Respondent, v. DAVID E. SHAPIRO, Appellant, and HARRY

* Added by Laws of 1911, chap. 571, known as the Sales of Goods Act.— [REP

E. FAJANS, as Trustee, Defendant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.